# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JAMES D. SEXTON,                          :

    Plaintiff,                     :
                                  Case No. 3:13cv00097

 vs.                                      :

                                    District Judge Thomas M. Rose

CAROLYN W. COLVIN,                        :     Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                  :

    Defendant.                     :

---

## DECISION AND ENTRY

---

      The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

      Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendations filed on September 23, 2013 (Doc. #8) is ADOPTED in full;

    2.    Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and,

    3.    The case is terminated on the docket of this Court.

October 15, 2013                          **\*/THOMAS M. ROSE**
                                              _____
                                            Thomas M. Rose
                                            United States District Judge